AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>Brady Knowlton<br><br>*Defendant* | ) ) ) ) ) ) ) | Case: 1:21-mj-00347<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 4/1/2021<br>Description: COMPLAINT W/ ARREST WARRANT |
|---|---|---|

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Brady Knowlton**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: 04/01/2021

2021.04.01 11:15:33 -04'00'
*Issuing officer's signature*

City and state:   Washington, D.C.      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/1/2021, and the person was arrested on *(date)* 4/7/2021
at *(city and state)* St. George, UT

Date: 4/7/2021

*Arresting officer's signature*

Chris Andersen, Special Agent
*Printed name and title*