AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Brady Knowlton<br><br>*Defendant* | )<br>)<br>) Case No. 1:21-mj-00347-RMM<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 04/14/2021

*Defendant's signature*

*Signature of defendant's attorney*

T. Brent Mayr    Texas Bar No. 24037052

*Printed name and bar number of defendant's attorney*

5300 Memorial Dr., Suite 750 Houston, TX 77007

*Address of defendant's attorney*

bmayr@mayr-law.com

*E-mail address of defendant's attorney*

713-808-9613

*Telephone number of defendant's attorney*

713-808-9991

*FAX number of defendant's attorney*